389 A.2d 177

Commonwealth v. Pompey, Appellant.

Submitted September 12, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; John A. Kenneff, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.